Submitted February 5, reversed March 31, 2010

In the Matter of M. R. G.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

M. R. G.,
*Appellant.*

Multnomah County Circuit Court
071171721; A142348

228 P3d 720

Rebecca Carter filed the brief for appellant.

John R. Kroger, Attorney General, Jerome Lidz, Solicitor General, and Laura S. Anderson, Senior Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman, Judge, and Ortega, Judge.

PER CURIAM

**PER CURIAM**

In this mental commitment case, appellant contends that the trial court erred in finding that she suffers from a mental disorder and that, because of that disorder, she is unable to provide for her own basic needs. The state concedes that the record lacks clear and convincing evidence that appellant is unable to provide for her basic needs because of a mental disorder. On *de novo* review, we agree that the evidence is insufficient to support an order of civil commitment.

Reversed.